No. 395, Misc.   MALEK v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 396, Misc.   WARD v. ELLIS, GENERAL MANAGER OF STATE PENITENTIARY.   Supreme Court of Texas.   Certiorari denied.

No. 81.   NATIONAL LABOR RELATIONS BOARD v. BILL DANIELS, INC. ET AL., 346 U. S. 918;
No. 209.   CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. v. STUDE ET AL., 346 U. S. 574;
No. 224.   CIVIL AERONAUTICS BOARD v. SUMMERFIELD, POSTMASTER GENERAL, ET AL., ante, p. 67;
No. 225.   WESTERN AIR LINES, INC. v. CIVIL AERONAUTICS BOARD ET AL., ante, p. 67;
No. 435.   NORTH v. FLORIDA, 346 U. S. 932;
No. 473.   ALKER ET AL. v. BUTCHER & SHERRERD ET AL., 346 U. S. 925; and
No. 474.   COLBERT ET AL. v. BROTHERHOOD OF RAILROAD TRAINMEN ET AL., 346 U. S. 931.   Petitions for rehearing denied.

No. 128.   COUNTY BOARD OF ARLINGTON COUNTY ET AL. v. STATE MILK COMMISSION, 346 U. S. 932.   Motion for leave to file petition for rehearing denied.

No. 308, October Term, 1952.   DALEHITE ET AL. v. UNITED STATES, 346 U. S. 15.   Motion for leave to file a second petition for rehearing on behalf of certain petitioners denied.   THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE CLARK took no part in the consideration or decision of this motion.

No. 131, Misc.   TATE v. CALIFORNIA, 346 U. S. 879.   Second petition for rehearing denied.